UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEBORAH JEANE PALFREY
803 Capitol Street
Vallejo, California 94590,

Case No.:

       Plaintiff,

**COMPLAINT**

vs.

**JURY TRIAL REQUESTED**

DR. PAULA NEBLE,
c/o David Schertler
Schertler & Ontario LLP
601 Pennsylvania Avenue NW
North Building, 9th Floor
Washington DC 20004

and JANE DOES 1-15,

       Defendants.
_____/

       Plaintiff, Deborah Jeane Palfrey, sues Defendant, Dr. Paula Neble and Jane Does 1-15, and alleges:

**JURISDICTION AND VENUE**

       1.    This is an action for damages in excess of $75,000.00 exclusive of interest and costs sounding in breach of contract by Defendants in their dealings with Plaintiff.

       2.    Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. §1332(a)(1) as Plaintiff is a resident of California and Defendants are residents of states other than California.

       3.    Venue in this district is proper pursuant to the provisions of 28 U.S.C. §1391(a)(2) as a substantial part of the events or omissions giving rise to the claim occurred in the District of Columbia.

**PARTIES**

4. Plaintiff, Deborah Jeane Palfrey is a natural person and at all times at issue herein operated an escort service in the Metropolitan District of Columbia area.

. 5. Defendant, Dr. Paula Neble is a natural person.

6. Defendants Jane Does 1 through 15 are not presently known to Plaintiff, but will be readily ascertainable through discovery and Plaintiff will amend this Complaint as soon as their identities are determined.

**GENERAL ALLEGATIONS**

7. From in or about the summer of 1994 through and including August 2006, Plaintiff operated an escort service in the Metropolitan District of Columbia area which provided legal sexual services by females solely for legal purposes to clients of the escort service.

8. Plaintiff entered into contracts with each Defendant as independent contractors to provide solely legal sexual services to the customers of the escort service. A blank copy of that contract form signed by all Defendants is attached hereto as Plaintiff is not presently in possession of the signed copies of those contracts as they are in the possession of the United States Government.

9. After a reasonable opportunity for further investigation or discovery, Plaintiff will establish that Defendant Dr. Paula Neble materially breached her Contract with Plaintiff by engaging in illegal sexual activities with customers of the escort service without the knowledge or consent of Plaintiff.

10. As a result of Defendant Dr. Paula Neble's breach of her Contract with Plaintiff, Plaintiff has and will continue to be damaged by the criminal indictment against Plaintiff.

### FIRST CLAIM FOR DAMAGES
### BREACH OF CONTRACT
### DEFENDANT DR. PAULA NEBLE

11. Plaintiff repeats and re-alleges paragraphs 1 through 10 as if fully set forth herein.

12. Plaintiff had a valid contract with Defendant Dr. Paula Neble to solely provide legal sexual services to the customers of the escort service thereby establishing a legitimate bond between the parties.

13. Defendant Dr. Paula Neble materially breached her Contract with Plaintiff by engaging in illegal sexual activities with customers of the escort service without the knowledge or consent of Plaintiff.

14. As a result thereof, Plaintiff has been damaged as aforesaid.

WHEREFORE, Plaintiff demands judgment against Defendant Dr. Paula Neble in excess of Seventy-Five Thousand Dollars ($75,000), costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

> **MONTGOMERY BLAIR SIBLEY**
> Attorney for Plaintiff
> 50 West Montgomery Avenue, Suite B-4
> Rockville, Maryland 20850
> (202) 508-3699 (Voice)
> (202) 478-0371 (Telefax)
>
> By:_____
>     Montgomery Blair Sibley
>     D.C. Bar #464488

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Deborah Jeane Palfrey

## DEFENDANTS

Dr. Paula Neble and Jane Does 1-15

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Solano County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION...

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Montgomery Blair Sibley
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850
(202) 508-3699

CASE NUMBER  1:07CV00461
JUDGE: Gladys Kessler
DECK TYPE: Contract
DATE STAMP: 03/09/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
⦿ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ⦿ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ⦿ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)  OR  ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Breach of contract between the parties

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 75,000+   Check YES only if demanded in complaint   JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)   YES ☒  NO ☐   If yes, please complete related case form.

DATE 3/9/07   SIGNATURE OF ATTORNEY OF RECORD _____

JC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.