CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH JEANE PALFREY ) | |
| ) | |
| Plaintiff ) | Civil Case Number 07-0461 (JR) |
| ) | |
| v. ) | Category   E |
| ) | |
| PAULA NEBLE, et al. ) | |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>November 28, 2007</u> from <u>Judge Gladys Kessler</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Reassigned as related to 06cv1710)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Kessler & Courtroom Deputy
     Judge Robertson & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk