UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH JEANE PALFREY,          :
                                :
        Plaintiff,              :
                                :
    v.                          : Civil Action No. 07-0461 (JR)
                                :
DR. PAULA NEBLE, *et al.*,      :
                                :
        Defendants.             :

**NOTICE PURSUANT TO RULE 4(m)**

      This case was filed on 3/9/07.  A stay order was filed in related criminal proceedings, No. 07cr0046 [see dkt # 6 in this case].  The criminal proceedings that were the reason for the stay were concluded by the entry of a verdict on 4/15/08.  It appears to the Court that the premise of plaintiff's complaint no longer has substance.  Counsel will **TAKE NOTICE** that, absent objection received by 4/28/08, this matter will be dismissed by the Court, *sua sponte*, on 4/30/08, for failure to state a claim upon which relief can be granted.


                                          JAMES ROBERTSON
                              United States District Judge