UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEBORAH JEANE PALFREY,

                Plaintiff,

vs.

PAULA NEBLE *et al*,

                Defendants.
_____/

Case No.:1:07-cv-461-JR

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Deborah Jeane Palfrey, by and through his undersigned counsel, hereby gives notice of the voluntary dismissal of this suit pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

                **MONTGOMERY BLAIR SIBLEY**
                Counsel for Plaintiff
                1629 K Street, Suite 300
                Washington, D.C. 20006
                202-508-3699
                202-478-0371 Fax

                By: /s/ Montgomery Blair Sibley
                      Montgomery Blair Sibley
                      D.C. Bar #464488